WILLIAM F. DENNEY ET AL. V. JEREMIAH DENSLOW.

FILED JUNE 22, 1895.   No. 5940.

Affirmance of Judgment in Absence of Brief or Oral
Argument.

ERROR from the district court of Douglas county.   Tried
below before FERGUSON, J.

*John L. Webster*, for plaintiffs in error.

*Cowin & McHugh*, contra.

PER CURIAM.

This is a petition in error to reverse a judgment of the
district court of Douglas county.   The judgment was ren-
dered September 20, 1892.   The petition in error was filed
in this court January 12, 1893.   The cause was submitted
October 3, 1893.   No briefs have been filed in this court
by either of the parties and the judgment is therefore af-
firmed as of course.

JUDGMENT AFFIRMED.